CATHERINE E. PAWLING, as Administratrix, etc., et al., Respondents, *v.* WILLIAM M. PAWLING et al., Appellants.

*Pawling* v. *Pawling*, 86 Hun, 502, affirmed.
(Argued October 7, 1896 ; decided October 27, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered May 17, 1895, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Edward P. White* for appellants.

*Z. S. Westbrook* for respondents.

Judgment affirmed, with costs ; no opinion.
All concur.

---

BURDETTE B. BROWN et al., Respondents, *v.* CHARLES DOW et al., Appellants.

*Brown* v. *Brown*, 79 Hun, 44, affirmed.
(Argued October 8, 1896; decided October 27, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered July 13, 1894, which affirmed a judgment in favor of plaintiffs entered upon the report of a referee.

*William H. Henderson* for appellants.

*Clarence A. Farnum* for respondents.

Judgment affirmed on opinion below, with costs.
All concur, except HAIGHT, J., not sitting.